JS-6

| | |
|---|---|
| BRETT SCHUMAN (SBN 189247)<br>*bschuman@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041<br><br>Attorney for Defendant<br>JEROME P. FANUCCI<br><br>JAMES E. DOROSHOW (SBN 112920)<br>*jdoroshow@foxrothschild.com*<br>ASHE PURI (SBN 297814)<br>*apuri@foxrothschild.com*<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel.: 310.598.4150<br>Fax: 310.556.9828<br><br>Attorneys for Plaintiff<br>MERCURY CABLE & ENERGY, INC. | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MERCURY CABLE & ENERGY, INC., a Nevada corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>JIANZHONG ZHONG HUANG a/k/a JASON HUANG, an individual; BORIS RYABOV, an individual; ALEX OKUN, an individual; J.D. SITTON, an individual; MICHAEL D. McINTOSH, an individual; DAVE BRYANT, an individual; CLEMENT HIEL, an individual; MARVIN SEPE, an individual; STEWART RAMSAY, an individual; GEORGE KORZENIOWSKI, an individual; DAVID F. DOCKERY, an individual; BRUCE S. BERNSTEIN, an individual; JEROME P. FANUCCI, an individual; BENTON H. WILCOXON, an individual; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 8:17-cv-01048-DOC-E<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [42]**<br><br>Courtroom: 9D<br>Judge:    Hon. David O. Carter<br><br>Filed/Lodged Concurrently with:<br>1. Joint Stipulation of Dismissal |

Pursuant to the Joint Stipulation submitted by Plaintiff Mercury Cable & Energy, Inc. and Jerome P. Fanucci, and good cause appearing therefor, the court **HEREBY ORDERS** as follows:

the within action against Jerome P. Fanucci shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: November 13, 2017

HON. David O. Carter
U.S. DISTRICT JUDGE